# PD-0273-15

| | | |
|---|---|---|
| ISAIAS SANTOS, III | § | IN THE TEXAS COURT OF |
| Petitioner | § | |
| | § | CRIMINAL APPEALS |
| VS. | § | |
| | § | AUSTIN, TEXAS |
| THE STATE OF TEXAS | § | |
| Respondent | § | |

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 12 2015

Abel Acosta, Clerk

## OUT OF TIME MOTION FOR EXTENSION OF TIME TO FILE PDR

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

Comes now, ISAIAS SANTOS, III, Petitioner, and files this motion for an extension of sixty-(60) days in which to file a Petition for Discretionary Review. In support of this motion, Petitioner shows the Court the following:

### I.

The Petitioner was convicted in the 400th District Court of Fort Bend County, Texas of the offense of Capital Murder in Cause No. 06-DCR-045164A, styled The State of Texas vs. Isaias Santos, III. The Petitioner appealed to the Court of Appeals, 1st District, Appeal Cause No. 01-13-00461-CR. The case was affirmed on September 16, 2014.

FILED IN
COURT OF CRIMINAL APPEALS

MAR 12 2015

Abel Acosta, Clerk

### II.

The deadline for filing the Petition for Discretionary Review has passed. The Petitioner has not requested any extension prior to this request. This request is made in the interest of justice and not meant to defraud any party or waste the court's time. This request is made in a good-faith attempt to file his Petition for Discretionary Review.

### III.

Since notice of the Court of Appeals decision affirming Petitioner's conviction, he has been attempting to gain legal representation in this matter. His attorney on appeal, Don Hecker, has informed Petitioner that he will not represent him on the Petition for Discretionary Review or any other matters.

PRAYER

WHEREFORE, Petitioner prays this Honorable Court grant this motion and allow Petitioner sixty-(60) days in which to file a Petition for Discretionary Review.

Respectfully submitted,

Isaias Santos, III-Petitioner
Pro Se Representation
TDCJ No. 1855998
Stiles Unit
3060 FM 3514
Beaumont, TX. 77705

CERTIFICATE OF SERVICE

I, Isaias Santos, III, do certify that a true and correct copy of the above foregoing Out of Time Motion for Extension of Time to File a Petition for Discretionary Review, has been forwarded by U.S. Mail, postage prepaid, first class, to the Fort Bend District Attorney, 309 South 4th St., 2nd Floor, Richmond, TX. 77469 and the State Prosecuting Attorney, P.O. Box 12405, Austin, TX. 78711 on the 06th day of March, 2015.

Respectfully submitted,

Isaias Santos, III-Petitioner
Pro Se Representation

PD Cause No. _____
COA Cause No. 01-13-00461-CR

*COPY*

ISAIAS SANTOS, III                      §    IN THE TEXAS COURT OF
Petitioner                              §
                                        §    CRIMINAL APPEALS
VS.                                     §
                                        §    AUSTIN, TEXAS
THE STATE OF TEXAS                      §
Respondent                              §

OUT OF TIME MOTION FOR EXTENSION OF TIME TO FILE PDR

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

Comes now, ISAIAS SANTOS, III, Petitioner, and files this motion for an extension of sixty-(60) days in which to file a Petition for Discretionary Review. In support of this motion, Petitioner shows the Court the following:

I.

The Petitioner was convicted in the 400th District Court of Fort Bend County, Texas of the offense of Capital Murder in Cause No. 06-DCR-045164A, styled The State of Texas vs. Isaias Santos, III. The Petitioner appealed to the Court of Appeals, 1st District, Appeal Cause No. 01-13-00461-CR. The case was affirmed on Septe,ber 16, 2014.

II.

The deadline for filing the Petition for Discretionary Review has expired. The Petitioner has not requested any extension prior to this request. This request is made in the interest of justice and not meant to defraud any party or waste the court's time. This request is made in a good-faith attempt to file his Petition for Discretionary Review.

III.

Since notice of the Court of Appeals decision affirming Petitioner's conviction, he has been attempting to gain legal representation in this matter. His attorney on appeal, Don Hecker, has informed Petitioner that he will not represent him on the Petition for Discretionary Review or any other matters.

COPY

PRAYER

WHEREFORE, Petitioner prays this Honorable Court grant this motion and allow Petitioner sixty-(60) days in which to file a Petition for Discretionary Review.

Respectfully submitted,

Isaias Santos, III-Petitioner
Pro Se Representation
TDCJ No. 1855998
Stiles Unit
3060 FM 3514
Beaumont, TX. 77705

CERTIFICATE OF SERVICE

I, Isaias Santos, III, do certify that a true and correct copy of the above foregoing Out of Time Motion for Extension of Time to File a Petition for Discretionary Review, has been forwarded by U.S. Mail, postage prepaid, first class, to the Fort Bend District Attorney, 309 South 4th St., 2nd Floor, Richmond, TX. 77469 and the State Prosecuting Attorney, P.O. Box 12405, Austin, TX. 78711 on the 06th day of March, 2015.

Respectfully submitted,

Isaias Santos, III-Petitioner
Pro Se Representation